UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 2 5 2022

Nathan Ochsner, Clerk of Court

| BYRON WALTON AND CARGILL USA LLC PLAINTIFFS, | |
|---|---|
| v | |
| JP MORGAN CHASE BANK N.A, AKA JP MORGAN CHASE & CO., MATTHEW ELLISON AND PAYMENTECH, LLC DEFENDANTS | CIVIL ACTION NO.: 4:22-cv-1886 |

## PLAINTIFFS NOTICE OF NON-SUIT WITHOUT PREJUDICE

TO ALL INTERSTED PARTIES, please take notice that **BYRON WALTON AND CARGILL USA LLC** Plaintiffs in the above style and number cause give notice to all interested parties of their non-suit without prejudice the above case . The Plaintiffs will show that the parties are arbitrating their dispute pursuant to the terms of the parties' contract . Therefore, the Parties move this court for an order dismissing the above style and number case without prejudice.

Respectfully submitted,

_____
Byron Walton individual and
as agent for Cargill USA LLC.

### CERTIFICATE OF SERVICE

This is to certify that on July 24, 2022, a true and correct copy of the foregoing pleading has been furnished to Defendants counsel of record via E-mail , in accordance with the Federal Rules of Civil Procedure

By: /esig/ *Sonya Chandler Anderson*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| BYRON WALTON AND CARGILL USA LLC PLAINTIFFS, | | |
|---|---|---|
| v | | |
| JP MORGAN CHASE BANK N.A, AKA JP MORGAN CHASE & CO., MATTHEW ELLISON AND PAYMENTECH, LLC DEFENDANTS | | CIVIL ACTION NO.: 4:22-cv-1886 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On this day, the Court was present with Byron Walton and Cargill USA LLC Notice of Nonsuit without Prejudice. The Court has been advised that both Byron Walton and Cargill USA LLC desires to Nonsuit and dismiss the above Styled and Number cause because the Parties are arbitrating. The Court Hereby Acknowledges Byron Walton and Cargill USA LLC non-suit without PREJUDICE.

IT IS THEREFORE ORDERED that Byron Walton and Cargill USA LLC case in the above style and number cause is hereby dismissed without prejudice and the Clerk of the Court shall reflect this case closed.

SIGNED this_____day of July 2022

_____
JUDGE PRESIDING