UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BYRON WALTON,** *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-01886 |
| § | |
| **JP MORGAN CHASE BANK N.A.,** *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Byron Walton and Cargill USA LLC have filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. 6.) In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 25, 2022.

Keith P. Ellison
United States District Judge